UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TECHFIELDS PHARMA CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>COVANCE, INC., et al.,<br><br>Defendants. | Civil Action No. 16-1148 (RK) (JBD)<br><br>**MEMORANDUM ORDER** |

**KIRSCH, District Judge**

    **THIS MATTER** comes before the Court upon a letter from Defendants Covance, Inc. and Fisher Clinical Services, Inc. (collectively, "Defendants") requesting supplemental *Daubert* briefing and oral argument, (ECF No. 346), in connection with Defendants' motions to exclude the testimony of Plaintiff's damages expert, Mr. Jeffrey B. Baresciano, (ECF Nos. 205, 209). Plaintiff Techfields Pharma Co., Ltd. ("Plaintiff") wrote to the Court in opposition to Defendants' request, (ECF No. 347), and Defendants replied, (ECF No. 351). After considering the parties' submissions, and recognizing district courts' "inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases," *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016),

    **IT IS** on this 17th day of September, 2024, **ORDERED** that Defendants' request for supplemental *Daubert* briefing and oral argument is **DENIED**.

                                                                             _____
                                                                             ROBERT KIRSCH
                                                                             UNITED STATES DISTRICT JUDGE